IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEVEN C. SHOLTZ,
    Plaintiff,

vs.                                      Case No.: 5:09cv188/SPM/EMT

KEEFE COMPANY,
    Defendant.
_____/

## ORDER

    Plaintiff, a prisoner proceeding pro se, commenced this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1). Plaintiff has also filed a Motion to Proceed in Forma Pauperis (Doc. 2). Plaintiff, however, failed to use the appropriate form for requesting in forma pauperis status. Before this matter may proceed, Plaintiff must either pay the filing fee or obtain leave to proceed in forma pauperis by filing a fully and properly completed motion and attachments, including a prisoner consent form and financial certificate and a printout of his inmate account for the six months preceding the filing of his complaint.

    Accordingly, it is **ORDERED**:

    1.    Plaintiff's Motion to Proceed in Forma Pauperis (Doc. 2) is **DENIED without prejudice**.

    2.    The clerk is directed to forward to Plaintiff a form application to proceed in forma pauperis for use by prisoners. This case number shall be written on the form.

    3.    Plaintiff shall have **THIRTY (30) DAYS** from the date of this order in which to either file a complete application to proceed in forma pauperis or the pay the filing fee of $350.00.

    4.    Plaintiff's failure to comply with this order may result in a recommendation of dismissal of this action.

    **DONE AND ORDERED** this 29th day of May 2009.

                                      /s/ *Elizabeth M. Timothy*
                                      **ELIZABETH M. TIMOTHY**
                                      **UNITED STATES MAGISTRATE JUDGE**