IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEVEN C. SHOLTZ,
    Plaintiff,

v.                                                               CASE NO. 5:09cv188-SPM/EMT

KEEFE COMPANY,
    Defendant.
_____/

## **ORDER**

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation dated August 3, 2009. Doc. 8. Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.     The magistrate judge's report and recommendation (doc. 8) is adopted and incorporated by reference in this order.

2.     This case is dismissed without prejudice for Plaintiff's failure to comply with an order of the court.

DONE AND ORDERED this 10th day of September, 2009.

                                                  *s/ Stephan P. Mickle*
                                                  Stephan P. Mickle
                                                  Chief United States District Judge